DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Yang<br><br>Case Below:<br>174 N.C. App. 755 | No. 705P05 | 1. AG's Motion for Temporary Stay (COA04-1206)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**12/21/05**<br>Stay Dissolved<br>**01/26/06**<br><br>2. Denied<br>01/26/06<br><br>3. Denied<br>01/26/06 |
| Stegenga v. Burney<br><br>Case Below:<br>174 N.C. App. 196 | No. 642P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1726) | Denied<br>01/26/06<br><br>**Martin, J.<br>Recused** |
| Sunbelt Rentals, Inc. v. Head & Engquist Equip., L.L.C.<br><br>Case Below:<br>174 N.C. App. 49 | No. 647P05 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA04-862)<br><br>2. Defs' Motion to Dismiss Petition | 1. Dismissed<br>01/26/06<br><br>2. Allowed<br>01/26/06 |
| Ward v. Wachovia Bank, N.A.<br><br>Case Below:<br>174 N.C. App. 368 | No. 666P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-246) | Denied<br>01/26/06 |
| Wendt v. Tolson<br><br>Case Below:<br>172 N.C. App. 594 | No. 544P05 | 1. Petitioner's NOA App. Rule 14 (b)(2) (COA03-1680)<br><br>2. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Allowed<br>01/26/06 |
| Windman v. Britthaven, Inc.<br><br>Case Below:<br>173 N.C. App. 630 | No. 641P05 | 1. Defs' Motion for Temporary Stay (COA04-1414)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31<br><br>4. Plt's Motion to Vacate Temporary Stay | 1. Allowed<br>11/21/05<br>360 N.C. 180<br><br>2. Denied<br>01/26/06<br><br>3. Denied<br>01/26/06<br><br>4. Allowed<br>01/26/06 |